Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34619−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl S. Martin
   7 Sarah Court
   Monmouth Junction, NJ 08852

Social Security No.:
   xxx−xx−1109

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 12/17/18 and a confirmation hearing on such Plan has been scheduled for 4/24/19.

The debtor filed a Modified Plan on 4/23/19 and a confirmation hearing on the Modified Plan is scheduled for 5/22/19 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 24, 2019
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Daryl S. Martin
    Debtor

Case No. 18-34619-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Apr 24, 2019
                       Form ID: 186    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
```
db             +Daryl S. Martin,    7 Sarah Court,    Monmouth Junction, NJ 08852-3070
517923947     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX  79998-2235)
517997004      +BANK OF AMERICA, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517923948       Bank of America Home Mortgage,    PO Box 31785,    Tampa, FL  33631-3785
517923949       Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
517924178       Debra Martin,    7 Sarah Ct,    Monmouth Junction, NJ 08852-3070
517924176       Emanuel Rago,    73 Deans Ln,    Monmouth Junction, NJ 08852-2424
518041503      +Federal National Mortgage Association,    c/o Seterus, Inc.,    PO Box 1047,
                Hartford, CT 06143-1047
517923951       Frenkel, Lambert, Weiss, Weissman& Gordo,    80 Main St Ste 460,    West Orange, NJ 07052-5414
518025852      +JPMorgan Chase Bank, National Association,    Chase Records Center, Attn: Corres. Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
517923952     #McCalla Raymer Liebert Pierce,    99 Wood Ave S Ste 803,    Iselin, NJ  08830-2713
517923953       Milstead & Associates,    1 E Stow Rd,    Marlton, NJ  08053-3118
517924177       Walter Lapt,    555 Georges Rd,    Dayton, NJ 08810-1407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 25 2019 00:09:23      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 25 2019 00:09:19      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518043900       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2019 00:28:12
                Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518005762*      Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517923950    ##+Fein Such Kahn & Shepard,    7 Century Dr,    Parsippany, NJ 07054-4673
517923954     ##Seterus,    PO Box 2008,    Grand Rapids, MI 49501-2008
                                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
```

Case 18-34619-KCF    Doc 44    Filed 04/26/19    Entered 04/27/19 00:40:37    Desc Imaged
                        Certificate of Notice    Page 3 of 3

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 24, 2019
                              Form ID: 186             Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Andrew M. Lubin    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    ABS REO Trust VI dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dennis Andrew Amore    on behalf of Creditor    BANK OF AMERICA, N.A. damore@flwlaw.com
              Douglas J. McDonough    on behalf of Creditor    ABS REO Trust VI DMcDonough@flwlaw.com
              Jill  Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    ABS REO Trust VI kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Ronaldo C George    on behalf of Debtor Daryl S. Martin rgeorgesq@rcglaw.com,  rgeorgesq@gmail.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```