Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−34619−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Daryl S. Martin
    7 Sarah Court
    Monmouth Junction, NJ 08852

Social Security No.:
    xxx−xx−1109

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/25/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 25, 2019
JAN: amg

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-34619-MBK
Daryl S. Martin                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jul 25, 2019
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
```
db          +Daryl S. Martin,    7 Sarah Court,   Monmouth Junction, NJ 08852-3070
cr          +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    RAS CITRON, LLC,   130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
517923949    Chase Mortgage,    PO Box 24696,   Columbus, OH  43224-0696
517924178    Debra Martin,    7 Sarah Ct,   Monmouth Junction, NJ 08852-3070
517924176    Emanuel Rago,    73 Deans Ln,   Monmouth Junction, NJ 08852-2424
518041503   +Federal National Mortgage Association,    c/o Seterus, Inc.,   PO Box 1047,
              Hartford, CT 06143-1047
517923951    Frenkel, Lambert, Weiss, Weissman& Gordo,    80 Main St Ste 460,   West Orange, NJ 07052-5414
518025852   +JPMorgan Chase Bank, National Association,    Chase Records Center, Attn: Corres. Mail,
              Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
517923952   #McCalla Raymer Liebert Pierce,    99 Wood Ave S Ste 803,   Iselin, NJ  08830-2713
517923953    Milstead & Associates,    1 E Stow Rd,   Marlton, NJ  08053-3118
518311655   +Nationstar Mortgage LLC D/B/A Mr. Cooper,    ATTN: Bankruptcy Dept,   PO Box 619096,
              Dallas, TX 75261-9096
518311656   +Nationstar Mortgage LLC D/B/A Mr. Cooper,    ATTN: Bankruptcy Dept,   PO Box 619096,
              Dallas, TX 75261-9741,    Nationstar Mortgage LLC D/B/A Mr. Cooper 75261-909,
              ATTN: Bankruptcy Dept
517923954    Seterus,   PO Box 2008,   Grand Rapids, MI  49501-2008
517924177    Walter Lapt,    555 Georges Rd,   Dayton, NJ 08810-1407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2019 00:08:58     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2019 00:08:56     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517923947    EDI: BANKAMER.COM Jul 26 2019 03:33:00     Bank of America,   PO Box 982235,
              El Paso, TX  79998-2235
517997004   +EDI: BANKAMER.COM Jul 26 2019 03:33:00     BANK OF AMERICA, N.A.,   PO Box 31785,
              Tampa, FL 33631-3785
517923948    EDI: BANKAMER.COM Jul 26 2019 03:33:00     Bank of America Home Mortgage,   PO Box 31785,
              Tampa, FL 33631-3785
518043900    EDI: PRA.COM Jul 26 2019 03:33:00     Portfolio Recovery Associates, LLC,
              C/O Capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
518345796    E-mail/Text: jennifer.chacon@spservicing.com Jul 26 2019 00:09:55
              Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
518345797    E-mail/Text: jennifer.chacon@spservicing.com Jul 26 2019 00:09:55
              Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250,
              Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518005762*     Bank of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
517923950    ##+Fein Such Kahn & Shepard,   7 Century Dr,   Parsippany, NJ 07054-4673
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                  Page 2 of 2              Date Rcvd: Jul 25, 2019
                              Form ID: 148                 Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    ABS REO Trust VI dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dennis Andrew Amore    on behalf of Creditor    BANK OF AMERICA, N.A. damore@flwlaw.com
              Douglas J. McDonough    on behalf of Creditor    ABS REO Trust VI DMcDonough@flwlaw.com
              Douglas J. McDonough    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              Jill   Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    ABS REO Trust VI kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Ronaldo C George    on behalf of Debtor Daryl S. Martin rgeorgesq@rcglaw.com,  rgeorgesq@gmail.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              Sindi   Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 15
```