Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–34619–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Daryl S. Martin
 7 Sarah Court
 Monmouth Junction, NJ 08852

Social Security No.:
 xxx–xx–1109

Employer's Tax I.D. No.:

## FINAL DECREE

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 28, 2019</u>      <u>Michael B. Kaplan</u>
                                    Judge, United States Bankruptcy Court